IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
JEFFERSON CITY DIVISION

| | | |
|---|---|---|
| SEMCO, LLC, <br>     a Missouri Limited Liability Company, | ) <br> ) <br> ) | |
|     Plaintiff, | ) | JURY TRIAL DEMANDED |
| v. | ) <br> ) | Case No.: 11-4026-CV-C-FJG |
| HUNTAIR, INC., <br>     a Delaware corporation, | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
|     Defendant. | ) | |

**PLAINTIFF'S WITNESS LIST FOR MARKMAN HEARING**

John C. Fischer---Inventor of U.S. Patent No. 6,199,388 B1.

Mr. Fischer will testify both as a lay witness and an expert witness. His direct examination is estimated at approximately two (2) hours.

*******************************

Respectfully Submitted,

POLSTER, LIEDER, WOODRUFF & LUCCHESI , L.C.

By: s/ McPherson D. Moore
McPherson D. Moore, # 26,056MO
William B. Cunningham, #20,998MO- of counsel
Douglas D. Churovich, #47,736MO- of counsel
12412 PowersCourt Drive, Suite 200
St. Louis, Missouri 63131-3615
PHONE: (314) 238-2400
FAX: (314) 238-2401

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed on October 14, 2011, with the Court via CM/ECF system thereby effectuating service via electronic means upon the following:

>Mark M. Iba  MO #45452
>Angela G. Nichols, MO # 56870
>STINSON MORRISON HECKER LLP
>1201 Walnut Street, Suite 2900
>Kansas City, MO 64106
>Telephone:  (816) 842-8600
>Facsimile:  (816) 691-3495
>miba@stinson.com
>anichols@stinson.com

and

>Richard T. McCaulley, Jr., MO # 6225586
>Alexander Piller, MO #4685954
>Ropes & Gray LLP
>111 South Wacker Drive, 46th Floor
>Chicago, IL 60606
>(312) 845-1200
>Richard.McCaulley@ropesgray.com
>
>***ATTORNEYS FOR DEFENDANT***
>*Huntair, Inc.*

>/s/ McPherson D. Moore
>Attorney for Plaintiff
>Polster, Lieder, Woodruff & Lucchesi
>12412 PowersCourt Drive, Suite 200
>St. Louis, Missouri  63131-3615
>(314) 238-2400 (phone)