# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# JEFFERSON CITY DIVISION

| | | |
|---|---|---|
| SEMCO, LLC,<br>    a Missouri Limited Liability Company, | )<br>)<br>) | |
| Plaintiff, | )<br>) | JURY TRIAL DEMANDED |
| v. | )<br>) | Case No.: 11-4026-CV-C-FJG |
| HUNTAIR, INC.,<br>    a Delaware corporation, | )<br>)<br>)<br>)<br>)<br>) | |
| Defendant. | ) | |

## PLAINTIFF'S EXHIBIT INDEX FOR MARKMAN HEARING

| [] = offered & admitted w/o objection<br>Ex = offered, but not objected to and excluded<br>DB = admitted, de bene | Ltd = admitted for limited purposes<br>X = offered & admitted over objection<br>NO = marked, but not offered<br>WD = offered then withdrawn |
|---|---|

| Exhibit No. | Description | Objections | Category A,B,C | Offered | Action Taken |
|---|---|---|---|---|---|
| 1 | Fischer U.S. Pat. No. 6,199,388 B1 (d/e 53-1) | | | | |
| 2 | File history of Fischer U.S. Pat. No. 6,199,388 B1 (d/e 53-4) | | | | |
| 3 | Fischer U.S. Pat. No. 4,769,053 | | | | |
| 4 | U.S. Pat. No. 4,582,129 to Yano et al. | | | | |
| 5 | U.S. Pat. No. 4,484,938 to Okamoto et al. | | | | |
| 6 | Declaration of John Fischer (d/e 64-2) | | | | |
| 7 | Claim Illustration Chart (d/e 64-1) | | | | |
| 8 | Claim Differentiation Chart | | | | |

| Exhibit No. | Description | Objections | Category A,B,C | Offered | Action Taken |
|---|---|---|---|---|---|
| 9 | Illustration of Fig. 3C of Pat. No. 6,199,388 B1 | | | | |
| 10 | Diagram of Huntair system, such as for (d/e 53-3) with additional illustrations. | | | | |
| 11 | Technical Paper entitled *Pinnacle Ventilation System Integrates Total Energy Recovery, Conventional Cooling and a Novel "Passive" Dehumidification Wheel to Mitigate the Energy, Humidity Control and First Cost Concerns Often Raised when Designing for ASHRAE Standard 60-1999 Compliance* by John C. Fischer, Jr., 2000 | | | | |
| 12 | Letter from Oakridge National Laboratory to John Fischer, 2/15/11 re selection to Committee to develop a "Roadmap" for Advanced HVAC Technologies | | | | |
| 13 | U.S. Department of Energy Publication Entitled *Causes of Indoor Air Quality Problems in Schools,* May 2000, Co-Authored by John C. Fischer, Jr. | | | | |
| 14 | *Active Humidity Control and Continuous Ventilation for Improved Air Quality in Schools,* 2001, Distributed at ASHRAE Conferences, Co-Authored by John C. Fischer, Jr. | | | | |
| 15 | Physical Exhibit and photographs—SEMCO total energy recovery wheel | | | | |
| 16 | Physical Exhibit and photographs—Corrugated sheets used for SEMCO total energy recovery wheel | | | | |

| Exhibit No. | Description | Objections | Category A,B,C | Offered | Action Taken |
|---|---|---|---|---|---|
| 17 | Illustration of Pinnacle Unit covered by U.S. Pat. No. 6,199,388 B1 | | | | |
| 18 | Video of operation of system and method of U.S. Pat. No. 6,199,388 B1 | | | | |
| 19 | CV of John C. Fischer, Jr. | | | | |
| 20 | Pinnacle Technical Guide | | | | |

Respectfully Submitted,

POLSTER, LIEDER, WOODRUFF & LUCCHESI, L.C.

By: <u>s/ McPherson D. Moore</u>
McPherson D. Moore, # 26,056MO
William B. Cunningham, #20,998MO- of counsel
Douglas D. Churovich, #47,736MO- of counsel
12412 Powerscourt Drive, Suite 200
St. Louis, Missouri 63131-3615
PHONE: (314) 238-2400
FAX: (314) 238-2401

***ATTORNEYS FOR PLAINTIFF***

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed on October 14, 2011, with the Court via CM/ECF system thereby effectuating service via electronic means upon the following:

>Mark M. Iba  MO #45452
>STINSON MORRISON HECKER LLP
>1201 Walnut Street, Suite 2900
>Kansas City, MO 64106
>Telephone:  (816) 842-8600
>Facsimile:  (816) 691-3495
>miba@stinson.com
>
>
>Richard T. McCaulley, Jr.
>Ropes & Gray LLP
>111 South Wacker Drive, 46th Floor
>Chicago, IL 60606
>(312) 845-1200
>Richard.McCaulley@ropesgray.com
>
>***ATTORNEYS FOR DEFENDANT***
>*Huntair, Inc.*
>
>
>/s/ McPherson D. Moore
>Attorney for Plaintiff
>Polster, Lieder, Woodruff & Lucchesi
>12412 Powerscourt Drive, Suite 200
>St. Louis, Missouri  63131-3615
>(314) 238-2400 (phone)